**No. 43293.**—Protest 987430–G of Burnet Co. (New York).

Opinion by CLINE, J. It appeared that the wood flour was packed in burlap bags which were fastened at the top by sewing, that there was no marking on the bags themselves to indicate the country of origin of the goods, and that a wooden tag containing the words "Made in Finland" was attached to each bag. On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) the protest was sustained. *American Hatters & Furriers* v. *United States* (1 Cust. Ct. 111, C. D. 31), and Abstracts 40549, 41128, and 42581 cited.

BEFORE THE FIRST DIVISION, FEBRUARY 29, 1940

**No. 43294.**—Protests 984323–G, etc., of Consumers Import Co., Inc., et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 42416 the fish liver oils in question were held dutiable at 10 percent under paragraph 34 as claimed.

**No. 43295.**—Protest 971112–G of Greenberg & Josefsberg (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann* (26 C. C. P. A. 292, C. A. D. 30) the clothes and hat brushes in question were held dutiable at only 50 percent under paragraph 1506 as claimed.

**No. 43296.**—Protests 806377–G, etc., of Verd Lumber Corp. et al. (Boston).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) and *Myers* v. *United States* (T. D. 49530) the protests were sustained.

**No. 43297.**—Protests 16430–K, etc., of Gondrand Shipping Co., Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of white doeskin leather the same as that passed upon in *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229). The claim at 20 percent under paragraph 1530(c) and T. D. 48316 was therefore sustained.